# EXHIBIT A

**LAURA G. ROSS**
New York, NY

Patricia de Stacy Harrison					July 22, 2025
President & Chief Executive Officer
Corporation for Public Broadcasting
401 9th Street NW
Washington, DC 2004

Dear Ms. Harrison:

Please take notice that I no longer hold or exercise the position of Director of the Corporation for Public Broadcasting (CPB), to which I was appointed by President Trump and confirmed by the Senate in 2018 and re-appointed by President Biden and confirmed by the Senate in 2022.

It has been an honor to serve my country and fellow citizens in this position.

Sincerely,

*Laura G. Ross*
Laura G. Ross