UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>THOMAS E. ROTHMAN, *et al.*,<br><br>           Defendants. | Civil Action No. 25-2261 (RDM) |

### UNITED STATES'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENANT THOMAS E. ROTHMAN

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the United States hereby voluntarily dismisses without prejudice its claims in this action against Defendant Thomas E. Rothman. The United States will continue to pursue this action against Defendant Diane Kaplan.[1]

On July 15, 2025, the United States filed this quo warranto action against Defendants Laura Ross, Rothman, and Kaplan, alleging that the three Defendants are and have been unlawfully usurping the office of board member of the Corporation of Public Broadcasting ("CPB") since President Donald J. Trump lawfully removed them from that office on April 28, 2025. On July 25, 2025, the United States voluntarily dismissed its claims against Ross after she sent a letter to CPB Chief Executive Officer Patricia Harrison acknowledging that she no longer served on CPB's

---

[1] Although Rule 41's "text refers to 'an action,' most federal courts agree that parties may voluntarily dismiss from a case only certain defendants.'" *United States v. All Assets Held at Bank Julius Baer & Co., Ltd.*, 307 F.R.D. 249, 252 (D.D.C. 2014); *see also* Arthur R. Miller, Voluntary Dismissal—In General, 9 Fed. Prac. & Proc. Civ. § 2362 (4th ed.) ("the sounder view and the weight of judicial authority" is that Rule 41 permits dismissal of claims against some, but not all, parties); 8 Moore's Federal Practice – Civil § 41.21 (2025) ("The majority rule is that a voluntary dismissal may be taken against fewer than all defendants, as long as all claims are dismissed as against each one affected."). In addition, this Court approved the United States's earlier voluntary dismissal of its claims against Laura Ross. *See* Minute Order (July 29, 2025).

board.  *See* Rule 41(a)(1)(A) Notice of Voluntary Dismissal of Claims Against Defendant Laura G. Ross, ECF No. 6.  On July 31, 2025, Defendant Rothman sent a letter to CPB Chief Executive Officer Patricia Harrison, stating that "I no longer hold or exercise the position of Director of the Corporation for Public Broadcasting."  That letter, which Defendant Rothman's counsel shared with the government's counsel, is attached as Exhibit A.  On or around August 1, 2025, the CPB changed its website to remove Defendant Rothman from the list of current directors (although that list still includes Defendant Kaplan, who is unlawfully usurping her position), and to add Defendant Rothman to a list of "Former CPB Board Members."  *See* CPB, Board of Directors, https://cpb.org/aboutcpb/leadership/board.  The United States accordingly dismisses its claims against Defendant Rothman without prejudice.

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney | CHAD MIZELLE<br>Acting Associate Attorney General |
| By:       */s/ Brian P. Hudak*<br>BRIAN P. HUDAK, D.C. Bar #90034769<br>Chief, Civil Division<br>U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2500 (main) | STANLEY E. WOODWARD, JR.<br>Counselor to the Attorney General<br><br>BRETT A. SHUMATE<br>Assistant Attorney General,<br>Civil Division<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General,<br>Civil Division<br><br>ALEXANDER K. HAAS<br>Director,<br>Federal Programs Branch<br><br>JACQUELINE COLEMAN SNEAD<br>Assistant Director,<br>Federal Programs Branch<br><br>By:       */s/ Jeremy S.B. Newman*<br>JEREMY S.B. NEWMAN<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>(202) 532-3114 |
| Dated: August 1, 2025 | *Attorneys for the United States of America* |