UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>THOMAS E. ROTHMAN, *et al.*,<br><br>       Defendants. | Civil Action No. 25-2261 (RDM) |

**CERTIFICATE OF SERVICE OF UNITED STATES' PRE-MOTION NOTICE OF ANTICIPATED MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRE-MOTION CONFERENCE**

I hereby give notice that on August 1, 2025, the United States served the United States' Pre-Motion Notice of Anticipated Motion for Summary Judgment and Request for Pre-Motion Conference, ECF No. 7 (the "Notice"), on Defendant Diane Kaplan by mailing it to Kaplan's last known address via the U.S. Postal Service, "in which event service is complete upon mailing." Fed. R. Civ. P. 5(b)(2)(C). In addition, although no attorney has entered an appearance on Kaplan's behalf on this matter, on July 28, 2025, I sent a copy of the Notice by electronic mail to Joseph Lipchitz and Jason McElroy, who represent Kaplan in a related case, *Corporation for Public Broadcasting v. Trump*, Case No. 1:25-cv-1305 (D.D.C.).

2

Dated: August 1, 2025                    Respectfully Submitted,

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Counsel for Plaintiff*