AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-2261 (RDM) |
| Diane Kaplan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Diane Kaplan                                                                                             .

Date:   08/22/2025                                           /s/ Kaitlin Konkel
                                                                          *Attorney's signature*

                                                              Kaitlin Konkel (DC Bar 1021109)
                                                              *Printed name and bar number*

                                                              HECKER FINK LLP
                                                              1050 K Street NW, Suite 1040
                                                              Washington, DC 20001

                                                              *Address*

                                                              kkonkel@heckerfink.com
                                                              *E-mail address*

                                                              (212) 763-0883
                                                              *Telephone number*

                                                              *FAX number*