AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-2261 (RDM) |
| Diane Kaplan | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Diane Kaplan .

Date: 08/25/2025

/s/ Trisha Anderson
*Attorney's signature*

Trisha Anderson (DC Bar 497224)
*Printed name and bar number*

HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001

*Address*

tanderson@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

*FAX number*