UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANE KAPLAN,<br><br>    Defendant. | Civil Action No. 25-2261 (RDM) |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiff United States hereby submits this Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum, there is no genuine issue of material fact and the United States is entitled to judgment as a matter of law. President Donald J. Trump lawfully removed Defendant Diane Kaplan as Board member of the Corporation for Public Broadcasting ("CPB"), yet Defendant is and has been continuing to usurp unlawfully her former position as Board member. The Court should accordingly grant summary judgment to the United States and enter an order declaring that Defendant does not lawfully serve as a Board member of the CPB and has not lawfully served as a Board member since the President removed her on April 28, 2025, entering judgment that Defendant is ousted and excluded from the office of Board member of the CPB, and enjoining Defendant from serving or purporting to serve as a Board member of the CPB.[1]

---

[1] The United States sought additional relief in its Complaint. *See* Compl., Prayer for Relief, ¶¶ b-c, f-h. The United States proposes that if the Court grants this Motion for Summary Judgment, the Court should immediately grant the relief sought in this Motion and then hold additional proceedings to consider whether any additional relief is proper.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ Brian P. Hudak*_____
     BRIAN P. HUDAK, D.C. Bar
     #90034769
     Chief, Civil Division
     U.S. Attorney's Office
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2500 (main)

CHAD MIZELLE
Acting Associate Attorney General

STANLEY E. WOODWARD, JR.
Counselor to the Attorney General

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General,
Civil Division

ALEXANDER K. HAAS
Director,
Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Director,
Federal Programs Branch


By: _____*/s/ Jeremy S.B. Newman*_____
     JEREMY S.B. NEWMAN
     Trial Attorney
     United States Department of Justice
     Civil Division, Federal Programs Branch
     1100 L Street, N.W.
     Washington, DC 20005
     (202) 532-3114

Dated: August 29, 2025

*Attorneys for the United States of America*