AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-2261 (RDM) |
| Diane Kaplan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Diane Kaplan.

Date: 09/11/2025

/s/ Helia Bidad
*Attorney's signature*

Helia Bidad (CA Bar 348633, pro hac vice)
*Printed name and bar number*

HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001

*Address*

hbidad@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

*FAX number*