IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>      v.<br><br>DIANE KAPLAN,<br><br>                            Defendant. | Civil Case No. 25-2261 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of November 14, 2025, Plaintiff United States of America and Defendant Diane Kaplan submit this joint status report. The November 14 minute order directed the parties to inform the Court whether this case still presents a live case or controversy.

Defendant Diane Kaplan has resigned from CPB's Board of Directors, effective January 4, 2026. As a result, the parties' position is that this case no longer presents a live case or controversy because Ms. Kaplan—who is the sole defendant—is not currently serving nor seeking to serve as a member of CPB's Board of Directors. Accordingly, the Court should dismiss this action as moot without prejudice. *See Givens v. Bowser*, 111 F.4th 117, 122 (D.C. Cir. 2024) ("A dismissal for mootness is a dismissal for lack of jurisdiction. And as a general rule, claims dismissed without an adjudication on the merits should be dismissed without prejudice, rather than with prejudice.") (citations and quotations omitted).

The parties respectfully request that the Court issue a ruling on whether Ms. Kaplan's resignation has mooted the case, and that it continue the stay of proceedings in the meantime.

| | |
|---|---|
| Dated: January 5, 2026 | Respectfully submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | /s/ Trisha Anderson<br>Trisha Anderson (D.C. Bar 497224)<br>Kaitlin Konkel (D.C. Bar 1021109)<br>Helia Bidad (*pro hac vice*) |
| CHRISTOPHER R. HALL<br>Assistant Director, Federal Programs Branch | HECKER FINK LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001 |
| */s/ Jeremy S.B. Newman*<br>JEREMY S.B. NEWMAN<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 532-3114<br>Fax: (202) 616-8470<br>Email: jeremy.s.newman@usdoj.gov | Telephone: (212) 763-0883<br>tanderson@heckerfink.com<br>kkonkel@heckerfink.com<br>hbidad@heckerfink.com<br><br>*Counsel for Defendant Diane Kaplan* |
| *Attorneys for Plaintiff* | |